**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA**

Charles Edward Moxley
_____
_____

(Enter above full name of plaintiff or plaintiffs)

CV111 024

v.

Gregory T. Coursey
James Hollingworth
Burke County Jail
And nursing staff at the Jail

(Enter above full name of defendant or defendants)

I.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts
involved in this action? _____   Yes _____  No _____

If your answer to A is yes, describe each lawsuit in the space below.  (If there is more
than one lawsuit, describe the additional lawsuits on another piece of paper, using the
same outline.)

1.    Parties to this previous lawsuit:

Plaintiffs:    _____ N/A _____

Defendants:    _____

2.    Court (if federal court, name the district; if state court, name the county):

_____ N/A _____

3.    Docket number:    _____ N/A _____

4.    Name of judge assigned to case:    _____ N/A _____

5.   Disposition
     (for example, was the case dismissed? appealed? is it still pending?):

     _____ N /A _____

6.   Approximate date of filing lawsuit: _____ N /A _____

7.   Approximate date of disposition: _____ N /A _____

8.   Were you allowed to proceed *in forma pauperis* (without prepayment of
     fees)?   N /A                                Yes _____   No _____

B.   While incarcerated or detained in any facility, have you brought any lawsuits in
     federal court which deal with facts other than those involved in this action?
                                                     Yes _____   No ✓

     If your answer to B is yes, describe each lawsuit in the space below. (If there is more
     than one lawsuit, describe the additional lawsuits on another piece of paper, using the
     same outline.)

1.   Parties to previous lawsuit:

     Plaintiffs: _____ N / A _____

     Defendants: _____
                 _____

2.   Court (name the district):

     _____ N /A _____

3.   Docket number: _____

4.   Name of judge assigned to case: _____ N / A _____

5.   Disposition
     (for example, was the case dismissed? appealed? is it still pending?):

     _____ N / A _____

6.   Approximate date of filing lawsuit: _____ N / A _____

7.   Approximate date of disposition:   _N /A_

8.   Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?   _N / A_          Yes _____   No _____

C.   As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   _N / A_          Yes _____   No _____

1.   If your answer to C is yes, name the court and docket number for each case:

_N /A_

II.   Place of present confinement:   _Jefferson County Jail   P.O. Box 72_
_Louisville, GA  30434_

A.   Is there a prisoner grievance procedure in this institution?   Yes _✓_   No ____

B.   Did you present the facts relating to your complaint to the appropriate grievance committee?          Yes _✓_   No ____

C.   If your answer to B is yes:

1.   What steps did you take?   _I sent Request after Request to speak to an investigator and/or the Sheriff. I sent 9 to the Sheriff and 6 to major Hollingworth. The Sheriff stated he got the letters but would not talk to me._

2.   What was the result?   _They would Not talk to me about any thing. The Grievance I filled were ignored. I asked to speak to the GBI/FBI about fires and stolen equitment. My wife called the GBI and they could not visit me unless the Sherrif oked it._

3

3.   Did you appeal any adverse decision to the highest level possible in the administrative procedure?                Yes ✓ No ___

If yes, what was the result? I got nowhere. I was refused to speak to the GBI / FBI. The sherrif would not speak to me and denied me a right to speak with any other branch of Government.

D.   If you did not utilize the prison grievance procedure, explain why not: _____

_____

_____

## IV.   Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A.   Name of plaintiff:   Charles Edward Motley
Address:   P.o. Box 72 Louisville Ga 30434 (Jail)
my home address is P.O. Box 180
Blythe Ga , 30805   send a copy to
Both addresses as I
may be transferred

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B.   Name of defendant:   Gregory T. Coursey
Position:   Sherrif of Burke county Jail
Place of employment:   Burke county Jail
Current address:   225 Ga Hwy 24 S
waynesboro GA . 30830

C.   Additional defendants:   James Hollingworth
John Bush Jr. , Stacy (the nurse)
Burke County Jail and the employees and
head Nurse
225 GA hwy 24 S
waynes boro GA 30830

4

V.   Statement of Claim

The Charges I am incarserated for stem from after the burglery of my home I was told that If I make trouble over this I wouldn't live to do the 6 years in prison or the 14 on probation. I know that they Can do as they want and get away with it. Lt. Wilburn put me in Cell 211 and gave my fellow Inmate /roomate A news Article Containing my picture and Charges. I yelled for a Guard becouse he told me he'd Cut my throat. The Guard moved me to the trustee dorm and placed me in a cell with a Smoker. I have Asma and It was hard to breathe and I also have a heart Condition. They put me in the nurses station with James Raton. In very Close Quavters with Cigerette Smoke. I asked to be moved and they refused. I ran out of my medication and didn't have an inheilor. I asked to go to the Dr and the nurse flat refused to take me. She told me that I would be lucky if she did anything for me due to my Charges. She had no right to know my Charges. She is a nurse, her Job is health care.

Please call my wife and let her (706 836 2327) know to how much the filing fee is and where to bring it to. Thats could you please send a Copy of this to my home and one to Jefferson County Jail

V.   Statement of Claim

State here as briefly as possible the FACTS in your case.  Describe how each
defendant is personally involved in the depriving you of your rights.  You must
include relevant times, dates, places, and names of witnesses.  DO NOT GIVE
LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.  If you intend to
allege a number of related claims, number and set forth each claim in a separate
paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

I wrote the sherrif on may 5th 2010 - Dec 6th,
a total of Nine times. I also wrote 6 letters to
mr. Hollingworth. The sherrif sent to get me to
have me speak with an investigater, Not directly as I
asked. He refused me to speak to any other law
enforcement officals concerning my case. I can't
read or write, I have to get someone to write
for me. In 2009 my house was broken into by my two
grandsons and my son in law. my daughter Tammy
Owens set it up. She tried to get Guy Turner to rob
me but he refused. That same night they broke into
my home and stole guns, computers, money, and my safe.
The witnesses where Guy Turner, Patrick white,
margret menard, and another indivrduel that I am
unsure of the name of. I told my daughter that I would
have her locked up for it. She laughed and said that
the sherrif was her personel friend. I called the
Sherrif 5 months later and he still had not arrested
those. He told me that they live in South Carolina
and it cost to much to go speak with them. I asked
if I should put on the internet "If you want to Rob
someone come to burke county, They won't lock you
up if you live out of state." The sherrif got mad and
told me that would be the wrong thing to do, he could
make my life miserable. I was forced into signing a
Plea by being threatened with 80 yrs.

VI.    Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I ask a lawsuit be filed Against Burke County Jail and its employees. I ask to be granted another trial that would be fair. Due to the fact that I was threatend and forced to sign a plea. A plea that I didn't understand as I cannot read. It was not explained to me. My lawyer Just said to sign it. Due to my unfair trial I have lost friends, contracts that I have had for 20 yrs, my business, and lake cabin and 5th wheel travel trailer and my Good name.

I ask a new trial be awarded away from Burke County and $100,000,000 settlement be awarded for punitive damages and loss of my Good name. The Judge wouldn't allow suppression and I was not allowed to see a Dr as I am unable to have sex with anyone, and prove my innocence. I asked to be placed in protective Custody during retrial as I am afraid that they will have something done with me. Thank you for your help in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  11th  day of  feb , 2 011 .

Prisoner No.  88 24 (Burke)  15612 (Jefferson)    Charles F Motley
                                                (Signature of Plaintiff)

6

Charles Moxley
P.O. Box 7
Louisville G

SAV P&DF 314
FRI 18 FEB 2011   PM

Clerk U.S. District Court

P.O. Box 1130

Augusta, GA 30903