IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CHARLES EDWARD MOXLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 111-024 |
| | ) | |
| GREGORY T. COURSEY, Sheriff, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 39).[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants Coursey, Hollingsworth, Bush, and Doe, as well as the Burke County Jail and the "Nursing Staff" at Burke County Jail, are **DISMISSED** from this action due to Plaintiff's failure to state a valid claim against any of them. Furthermore, Defendants' motion for summary judgment is **GRANTED** as to Plaintiff's Eighth Amendment claim against Defendant Williams (doc. no. 26), and Plaintiff's motion for summary judgment and "Motion of Summarized Established Record" are **DENIED** (doc.

---

[1] Defendants filed a response to Plaintiff's objections. (Doc. no. 40.)

nos. 29, 30). Upon the foregoing, a final judgment shall be **ENTERED** in favor of Defendant Williams, and this civil action shall be **CLOSED**.

SO ORDERED this 8th day of August, 2012, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA